THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOKANEE RIVER TRANSFORM LLC; CAROLINE GRAY; and ANDREW WALLACE, <br><br> Plaintiffs, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. C18-0221-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the mediation deadline (Dkt. No. 18). The Court hereby GRANTS the motion. The deadline for mediation is EXTENDED from August 31, 2018 to November 30, 2018.

DATED this 1st day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0221-JCC
PAGE - 1