UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOKANEE RIVER TRANSFORM LLC; CAROLINE GRAY; and ANDREW WALLACE, <br><br> Plaintiffs, <br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. C18-0221-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the mediation deadline (Dkt. No. 20). The Court GRANTS the motion. The deadline for mediation is EXTENDED from November 30, 2018 to January 31, 2019.

DATED this 22nd day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
