THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KOKANEE RIVER TRANSFORM LLC; CAROLINE GRAY; and ANDREW WALLACE,<br><br>Plaintiffs,<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO. C18-0221-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 22). Having thoroughly considered the motion and relevant record and finding good cause, the Court hereby GRANTS the motion. The Court ORDERS that the discovery deadline in this case is EXTENDED to January 8, 2019.

DATED this 4th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0221-JCC
PAGE - 1