Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOKANEE RIVER TRANSFORM LLC; CAROLINE GRAY; and ANDREW WALLACE , <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>SAFECO INSURANCE COMPANY OF AMERICA, <br><br>　　　　　　Defendant. | No. 2:18-cv-00221 <br><br> NOTICE OF SETTLEMENT |

TO:		CLERK OF THE COURT;

AND TO:	ALL COUNSEL OF RECORD.

　　　All claims of the parties have been resolved and any trials or hearings may be stricken from the Court calendar.  Further pleadings including a Stipulated Order of Dismissal with prejudice will be entered within the next forty five (45) days.

　　　This notice is being filed with the consent of all parties.

//

//

NOTICE OF SETTLEMENT – PAGE 1
CAUSE NO. 2:18-CV-00221

2292719 / 1377.0036

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  Dated this 26th day of February, 2019.　　　　Dated this 26th day of February, 2019.

2  FORSBERG & UMLAUF, P.S.　　　　　　　　LINVILLE LAW FIRM PLLC

3

4  By: *s/ Miles J.M. Stewart*　　　　　　　　　　By: *s/ Lawrence B. Linville*
　　　　Matthew S. Adams, WSBA #18820　　　　　　Lawrence B. Linville, WSBA #6401
5　　　Miles J. M. Stewart, WSBA #46067　　　　　　800 Fifth Avenue, Suite 3850
　　　　901 Fifth Avenue, Suite 1400　　　　　　　　Seattle, Washington 98154
　　　　Seattle, Washington  98164-1039　　　　　　Telephone: (206) 515-0640
6　　　Telephone:  (206) 689-8500　　　　　　　　Facsimile: (206) 515-0846
　　　　Facsimile:  (206) 689-8501　　　　　　　　Email: llinville@linvillelawfirm.com
7　　　Email:  MAdams@FoUm.law　　　　　　　Attorney for Plaintiffs
　　　　Email:  MStewart@FoUm.law
8　　　 Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF SETTLEMENT – PAGE 2
CAUSE NO. 2:18-CV-00221

2292719 / 1377.0036

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE OF SETTLEMENT on the following individuals in the manner indicated:

Mr. Lawrence B. Linville
Linville Law Firm, PLLC
800 Fifth Ave., Suite 3850
Seattle, WA  98104-3101
(X) Via ECF

**SIGNED** this 26th day of February, 2019, at Seattle, Washington.

*s/ Honor M. McQueen*
Honor M. McQueen

NOTICE OF SETTLEMENT – PAGE 3
CAUSE NO. 2:18-CV-00221

2292719 / 1377.0036

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX