THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOKANEE RIVER TRANSFORM LLC; CAROLINE GRAY; and ANDREW WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO. C18-0221-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 24). Accordingly, the jury trial set for April 8, 2019 is hereby STRICKEN. The Clerk is DIRECTED to statistically close this case pending the anticipated filing of a stipulated order of dismissal by the parties.

DATED this 27th day of February 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk